UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK CLARK,<br><br>    Plaintiff,<br><br>    v.<br><br>THE CITY OF WEST RICHLAND, a municipal corporation, COUNTY OF BENTON, a governmental entity, and BRIAN GALUSHA, in his capacity as a police officer for the City of West Richland and as an individual,<br><br>    Defendants. | NO. CV-10-5060-EFS<br><br>**ORDER GRANTING THE PARTIES' STIPULATION FOR ORDER ON DEFENDANTS' MOTIONS FOR PARTIAL JUDGMENT ON THE PLEADINGS CONCERNING PLAINTIFF'S 42 U.S.C. § 1981 CLAIM** |

    By Stipulation (ECF No. 17) filed December 9, 2010, the parties agree that Defendant Benton County's Motion for Partial Judgment on the Pleadings Concerning Plaintiff's 42 U.S.C. § 1981 Claim (ECF No. 12) and Defendants West Richland and Brian Galusha's Joinder in Defendant Benton County's Motion for Partial Judgment on the Pleadings Regarding Plaintiff's 42 U.S.C. § 1981 Claim (ECF No. 15) should be granted.  Based on the parties' Stipulation, **IT IS HEREBY ORDERED:**

    1. Defendant Benton County's Motion for Partial Judgment on the Pleadings Concerning Plaintiff's 42 U.S.C. § 1981 Claim **(ECF No. 12)** is **GRANTED.**

ORDER ~ 1

2.   Defendants West Richland and Brian Galusha's Joinder in Defendant Benton County's Motion for Partial Judgment on the Pleadings Regarding Plaintiff's 42 U.S.C. § 1981 Claim **(ECF No. 15)** is **GRANTED**.

3.   Plaintiff's 42 U.S.C. § 1981 claims against all Defendants are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and copies to counsel.

**DATED** this ___4th___ day of January 2011.


                         S/ Edward F. Shea
                         EDWARD F. SHEA
                    United States District Judge

Q:\Civil\2010\5060.Part.Stip.Dis.wpd

ORDER * 2