UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK CLARK,<br><br>             Plaintiff,<br><br>        v.<br><br>CITY OF WEST RICHLAND, a municipal corporation, BENTON COUNTY, a governmental entity, and BRIAN GALUSHA, in his capacity as a police officer for the City of West Richland, and as an individual,<br><br>             Defendants. | NO. CV-10-5060-EFS<br><br>**ORDER OF DISMISSAL** |

By Stipulation filed April 14, 2011 (ECF No. 63), the parties advised the Court that the above-captioned matter should be dismissed with prejudice and without costs or fees, pursuant to Federal Rule of Civil Procedure 41.

Therefore, **IT IS ORDERED**:

1. The Complaint **(ECF No. 1)** is **DISMISSED WITH PREJUDICE** and without costs or fees awarded to any party;

2. All pending trial and hearing dates are **STRICKEN**;

ORDER * 1

3. All pending motions are **DENIED AS MOOT;** and

4. This file shall be **CLOSED.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and distribute copies to counsel.

**DATED** this 14th day of April 2011.

                              s/Edward F. Shea
                              EDWARD F. SHEA
                              United States District Judge

Q:\Civil\2010\5060.Stip.Dismiss.wpd

ORDER * 2